UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
RICHARD P. KLEINKNECHT and SUZANNE W. KLEINKNECHT,

                Plaintiffs,

-against-

JOHN RITTER, JAMES SIINO, GILBERT HENOCH, GARY KALBAUGH, GREGORY LINAKIS, DAVID WENTER, CHRISTOPHER CAGNAZZI, JACK MULDERRIG, AMELIA BROGAN, MICHAEL KOLODNER, THE INCORPORATED VILLAGE OF LLOYD HARBOR, THE ZONING BOARD OF APPEALS FOR THE INCORPORATED VILLAGE OF LLOYD HARBOR, and THE PLANNING BOARD OF THE INCORPORATED VILLAGE OF LLOYD HARBOR,

                Defendants.
------------------------------------------------------------------ X

**JUDGMENT**
CV 19-5760 (GRB) (AKT)

      A Memorandum of Decision and Order of the Honorable Gary R. Brown, United States District Judge, having been filed on August 4, 2021, granting Defendants' motion to dismiss, and dismissing the case with prejudice, it is

      **ORDERED AND ADJUDGED** that Plaintiffs Richard P. Kleinknecht and Suzanne W. Kleinknecht take nothing of Defendants John "Ritter, James Siino, Gilbert Henoch, Gary Kalbaugh, Gregory Linakis, David Wenter, Christopher Cagnazzi, Jack Mulderrig, Amelia Brogan, Michael Kolodner, the Incorporated Village of Lloyd Harbor, the Zoning Board of Appeals for the Incorporated Village of Lloyd Harbor, and the Planning Board of the Incorporated Village of Lloyd Harbor; that Defendants' motion to dismiss is granted; that this case is dismissed with prejudice; and that this case is closed.

Dated: August 5, 2021
      Central Islip, New York

                                      DOUGLAS C. PALMER
                                      Clerk of the Court
                            By:    /s/ James J. Toritto
                                       Deputy Clerk